IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
Charlotte, NC
JUL 15 2025
Clerk, US District Court
Western District NC

UNITED STATES OF AMERICA

v.

SHADY ABEDELHADY HEGAZY,
Defendant

DOCKET NO. 3:25-cr-182-KDB

**BILL OF INDICTMENT**

Violation: 18 U.S.C. § 922(g)(1)

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Convicted Felon)*

On or about March 6, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**SHADY ABEDELHADY HEGAZY,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Kel-Tec P-11, 9mm semiautomatic pistol, in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

### NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All firearms or ammunition set forth in this bill of indictment; and
b. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause that the following property is subject to forfeiture on the grounds noted above:

(a) A Kel-Tec P-11, 9mm handgun, seized March 6, 2025, in the course of the investigation.
(b) Assorted ammunition seized March 6, 2025, in the course of the investigation.

A TRUE BILL

███████████████

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

*[signature]*

ALFREDO DE LA ROSA
ASSISTANT UNITED STATES ATTORNEY